IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE SEPULVEDA,** | : | Civil No. 1:17-cv-1718 |
| Petitioner, | : | |
| v. | : | |
| | : | **Judge Rambo** |
| **WARDEN J. BALTAZAR,** | : | |
| | : | **Magistrate Judge Carlson** |
| Respondent. | : | |

# **O R D E R**

**AND NOW**, this 23rd day of October, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 3) is **ADOPTED**;

2) The petition for a writ of habeas corpus is **DENIED** because the court lacks jurisdiction to consider the petition;

3) The aforesaid order is without prejudice to Sepulveda to take whatever action before the United States Court of Appeals for the First Circuit be deemed proper under 28 U.S.C. § 2255;

4) The court declines to issue a certificate of appealability as it is without jurisdiction to do so.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge